1  JESSE ORTIZ (CA BAR ASSN. NO. 176450)
   ORTIZ LAW GROUP, APC
2  681 W. Capitol Ave., Suite 201
   West Sacramento, CA 95605
3  Telephone: (916) 443-9500
   Facsimile: (916) 443.9501
4

5  Attorneys for Plaintiff
   Mark Jimenez
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 | MARK JIMENEZ,                            | CASE NO. 2:24-CV-02158-WBS-SCR
12 |                      Plaintiff,           |
   |                                           | ORDER CONTINUING SCHEDULING
13 |          v.                               | CONFERENCE
14 | PETE BUTTIGIEG, SECRETARY OF             |
   | DEPARTMENT OF TRANSPORTATION,            |
15 |                                           |
16 |                      Defendant.           |

17

18     Having reviewed the Plaintiff's Ex Parte Application to Continue the Scheduling Conference,

19 IT IS HEREBY ORDERED that the Scheduling Conference is continued from December 2, 2024 at

20 1:30 PM to **March 10, 2024 at 1:30 PM** in Courtroom 5 before Judge Shubb. A Joint Status Report,

21 carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the

22 requirements set forth in the Order Re: Status (Pretrial Scheduling) Conference, and no later than

23 **February 24, 2025.**.

24 IT IS SO ORDERED.

25

26 Dated: November 20, 2024                    _____
                                                WILLIAM B. SHUBB
27                                              UNITED STATES DISTRICT JUDGE

28